sought by plaintiff. The testimony undisputedly does not establish a general scheme of development whereby grantor and grantees are all mutually bound by restrictive covenants. The only servitude here is one inuring to the property retained by Mrs. Lewis for her home. There is no evidence, much less " clear and convincing " evidence, that the restrictive covenant imposed upon plaintiff was for the benefit of any other purchaser of neighborhood property from Mrs. Lewis. (See *Korn* v. *Campbell*, 192 N. Y. 490, 495; *Bristol* v. *Woodward*, 251 id. 275, 284.) Findings of fact and conclusions of law inconsistent herewith are reversed, new findings to be made in accordance herewith, same to be settled on notice. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

HELEN MacGREGOR FAITHFULL, Respondent, v. NEWS SYNDICATE CO., INC., Appellant.— Orders appealed from reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion to strike out the amended answer denied, with ten dollars costs, on authority of *Faithfull* v. *News Syndicate Co., Inc.* (*post*, p. 605), decided herewith. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

STANLEY E. FAITHFULL, Respondent, v. NEWS SYNDICATE CO., INC., Appellant. — Orders appealed from reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion to strike out the amended answer denied, with ten dollars costs. In our opinion, the denials in the amended answer of paragraphs third, fourth, fifth, sixth, seventh and eighth of the complaint are sufficient in law. The separate defense contained in paragraphs 5 to 47, inclusive, in justification of the alleged libels, the second separate partial defense in justification, and the separate partial defense in mitigation of damages, are properly pleaded and present questions of law and fact for the trial. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOSEPH E. HANNAN, an Infant, by His Guardian ad Litem, JOSEPH L. HANNAN, Respondent, v. KATHERYN McGAUGHRIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH L. HANNAN, Respondent, v. KATHERYN McGAUGHRIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE GOLDBERG, Respondent, for Payment of Award Made for Parcel No. 78 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding to Acquire Title to Liberty Avenue from Brooklyn Borough Line to Van Wyck Avenue in the Borough of Queens, City of New York. CHARLES W. BERRY, Comptroller of the City of New York, and THE CITY OF NEW YORK, Appellant.* — Order granting petitioner's motion to confirm report of official referee and directing payment of award affirmed, with costs. Young, Kapper and Tompkins, JJ., concur; Hagarty, J., dissents; Lazansky, P. J., not voting.

In the Matter of the Application of ANNE MONAGHAN, Appellant, for Revocation of Letters of Administration Issued to C. RAYMOND DAILY, Respondent, on the Goods, Chattels and Credits of MARY BRIDGET MONAGHAN, Also Known as MARY BRIDGET MONAHAN, Deceased.— Order of the Surrogate's Court of Suffolk county denying petitioner's application to vacate letters of administration unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

* Motion to dismiss appeal denied, 264 N. Y. 600; affd., Id. 684.